UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

ERIC MANUEL

                 *Defendant.*

-----------------------------------------------------------X

14 Cr. 497 (PAC)

**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

Eric Manuel, *pro se*, requests a clerical adjustment to his sentence to reflect the fact that he served 19 months in state custody that has not been credited towards either his state or federal sentences. The Court, however, already took the 19 months into account when sentencing Manuel. The Court explained at sentencing that it expected that neither the state nor the Federal Bureau of Prisons would give Manuel credit for the 19 months, so the Court imposed a 30-month sentence instead of a higher sentence "to reflect the 19 months that he's already served and been incarcerated." Sentencing Tr., Dkt. 29, at 10:6-12, 14:10-24. Thus, there is no basis for the Court to adjust Manuel's sentence further, and his request is denied.

Dated: New York, New York
      July 26, 2018

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Copy mailed to:

Eric Manuel
Fed. Reg. No. 71245-054

USP Canaan United States Penitentiary
P.O. Box 300
Waymart, PA 18472