UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 -against-

ERIC MANUEL,

                 Defendant.
------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 5/13/2026 |

1:14-cr-497-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 13, 2026, the Court held a hearing regarding several alleged violations of supervised release by the defendant, Eric Manuel. The Court determined that the defendant had not met his burden to show by clear and convincing evidence that he was not a danger to other persons in the community, *see* F.R.Cr.P. 32.1(a)(6), and as a result ordered that the defendant be remanded to the custody of the United States Marshals Service.

       SO ORDERED.

Dated: May 13, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge